# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY DON MCCRACKEN, ET AL.**                                           **DEBTORS/PLAINTIFFS**

VS.                              CASE NO. 3:12MC0002 JMM

**JP MORGAN CHASE BANK, NA**                                                  **DEFENDANT**

## ORDER

Plaintiffs' unopposed Second Amended Motion for Extension of Time is granted (#5, #6, and #7).

Plaintiffs shall have up to, and including, March 14, 2012, to respond to Defendant's pending Motion to Withdraw Reference. Defendant shall have up to, and including, April 3, 2012, in which to file its reply to Plaintiffs' response.

If the Court grants the Motion to Withdraw Reference, Plaintiffs shall have twenty days from the date of that Order to respond to Defendant's Motion to Dismiss the First Amended Class Action Complaint and Defendant shall have twenty days to file its reply to Plaintiffs' response.

If the Court denies the Motion to Withdraw Reference, the parties shall seek permission from the Bankruptcy Court regarding the timing of any response or reply regarding the pending Motion to Dismiss the First Amended Class Action Complaint.

IT IS SO ORDERED THIS   24   day of  February , 2012.

James M. Moody
United States District Judge