**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**GARY DON MCCRACKEN et al.**                                                      **PLAINTIFFS**

v.                               **CASE NO. 3:12MC00002 BSM**

**JP MORGAN CHASE BANK, N.A.**                                                **DEFENDANT**

### ORDER

Plaintiffs' unopposed motion [Doc. No. 13] for an extension of time to respond to the pending motion to withdraw reference is granted in part. This case is temporarily stayed until Chief Judge J. Leon Holmes issues his rulings in the related cases. The parties are hereby directed to provide notice when the stay should be lifted.

To the extent that plaintiffs' motion seeks to set a briefing schedule on the motion to dismiss which was filed in the bankruptcy court on January 31, 2012, the motion is denied. The motion to dismiss is not before the undersigned, and any requests pertaining to that motion should be addressed to the bankruptcy court.

IT IS SO ORDERED this 18th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE